**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **J.O.** | * * * | **CIVIL ACTION NO.:** |
| **VERSUS** | * * | **JUDGE:** |
| **KEYANA NASH, Individually, AND STATE OF LOUISIANA, through the OFFICE OF JUVENILE JUSTICE** | * * * * | **MAGISTRATE JUDGE:** |

**************************************************************************************

**<u>LIST OF DOCUMENTS IN STATE COURT RECORD:</u>**

1. May 27, 2026 – Petition for Damages
2. May 27, 2026 – Exhibit: Juvenile Court Disposition Review Hearing
3. May 27, 2026 – Exhibit: PREA Staff and Agency Reporting Duties
4. May 27, 2026 – Exhibit: Department of Public Safety and Corrections Regulation No. C-01-022
5. May 29, 2026 – Citation Return Copy to Keyana Nash
6. June 11, 2026 – Service Return of the Petition: Keyana Nash
7. June 24, 2026 – Answer to Petition by Keyana Nash
8. June 29, 2026 – Citation Return Copy to Office of Juvenile Justice
9. July 2, 2026 – Service Return of the Petition: Office of Juvenile Justice
10. July 6, 2026 – Copy of Service Return of the Petition: Keyana Nash
11. July 15, 2026 – Copy of Service Return of the Petition: Office of Juvenile Justice

*(Signature block on the following page)*

Respectfully Submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

BY: */s/ Andrew C. Levie*
Andrew C. Levie (#41837)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights
1885 North Third Street, Third Floor
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6494
E-mail: LevieA@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been sent to all counsel of record, via U.S. Mail, postage prepaid and properly addressed, or by electronic mail, or by facsimile on this, the 31st of July 2026.

**Joseph Long**
Law Office of Joseph J. Long
251 Florida Street, Suite 308
Baton Rouge, LA 70801-1703
*Attorney for Plaintiff*

**Keyana Nash**
1514 Weems Ave.
LeCompte, LA 71346
*Pro Se Defendant*

*/s/ Andrew C. Levie*
Andrew C. Levie (#41837)
Assistant Attorney General