UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| J.O.<br><br>VERSUS<br><br>KEYANA NASH, *Individually, AND* STATE OF LOUISIANA, through the OFFICE OF JUVENILE JUSTICE | CIVIL ACTION NO.: 3:26-CV-00831<br><br>JUDGE: JOHN W. DeGRAVELLES<br><br>MAGISTRATE JUDGE: SCOTT D. JOHNSON |

**ORDER**

Considering the foregoing *Motion to Substitute Pleading*:

**IT IS HEREBY ORDERED THAT** Defendants' Motion is **GRANTED**. The Answer with Affirmative Defenses and Jury Demand filed on August 21, 2026, and identified as R. Doc. 5 shall be substituted with the Answer identified as *Exhibit A*.

**SIGNED** in Baton Rouge, Louisiana, on this the _____ day of ______________, 2026.

______________________________________________

**MAGISTRATE JUDGE SCOTT D. JOHNSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**