UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RECEIVED
OCT 13 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

**KEYANA NASH,**
Plaintiff,

v.

**J.O.,**
Defendant(s).

Civil Action No. **3:26-CV-00831**

## MOTION TO STAY CIVIL PROCEEDINGS PENDING RESOLUTION OF ONGOING CRIMINAL CASE

NOW COMES Plaintiff, **Keyana Nash, proceeding pro se**, and respectfully moves this Honorable Court for an Order staying the proceedings in the above-captioned civil action pending the resolution of an ongoing criminal matter that involves issues that may overlap with, or otherwise affect, the claims and defenses in this civil action.

In support of this Motion, Plaintiff respectfully states as follows:

1. Plaintiff, **Keyana Nash**, is proceeding without counsel in this matter.

2. Plaintiff is currently involved in an ongoing criminal proceeding in **Avoyelles Parish**, Criminal Case No. **unknown** .

3. The criminal matter remains pending and has not yet been fully resolved.

4. The criminal proceeding involves facts and/or circumstances that are related to the issues presented in this civil action.

5. Proceeding with this civil action while the related criminal matter remains pending could substantially interfere with Plaintiff's ability to protect her rights and interests in the criminal proceeding.

6. Continuing discovery, requiring testimony, or otherwise requiring Plaintiff to litigate factual issues while the criminal matter is pending may create a risk of prejudice to Plaintiff, including the possibility that statements or evidence presented in this civil proceeding could affect Plaintiff's position in the criminal matter.

7. A temporary stay would promote judicial efficiency and avoid the possibility of inconsistent findings or unnecessary duplication of proceedings.

8. Plaintiff therefore respectfully requests that the Court stay all proceedings in this civil action until the related criminal matter has been resolved, or until such other time as the Court determines appropriate.

9. Plaintiff further requests that any deadlines, discovery obligations, hearings, or other proceedings currently scheduled in this matter be stayed or continued during the stay.

10. Plaintiff is not requesting a permanent dismissal of this civil action. Plaintiff seeks only a temporary stay to allow the related criminal proceeding to reach an appropriate stage or conclusion.

## WHEREFORE

For the foregoing reasons, Plaintiff **Keyana Nash** respectfully requests that this Court enter an Order:

A. Staying all proceedings in Civil Action No. **3:26-CV-00831** pending resolution of the related criminal proceeding;

B. Staying or continuing any currently applicable deadlines, discovery obligations, hearings, or other proceedings during the stay; and

C. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

______________________________

**Keyana Nash**
Pro Se
1514 Weems Ave
lecompte, La 71346
3187900132
keyananash\@gmail.com

Date: ___10-4-2026_____________

## CERTIFICATE OF SERVICE

I hereby certify that on _____10-4-2026____________, 2026, I served a true and correct copy of the foregoing **Motion to Stay Civil Proceedings Pending Resolution of Ongoing Criminal Case** upon all parties or counsel of record in accordance with the applicable Federal Rules of Civil Procedure and the requirements of the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

______________________________

**Keyana Nash**
Pro Se

Date: _________10-4-2026_________

:AGE PAID
,RIA, LA 71302
2028

ÞPE
ED

$13.90

..J0 Oz S2324A501398-30

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinatio
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

TRA

EXPECTED DELIVERY DAY: 10/13/26

USPS TRACKING® #

9505 5153 8642 6281 4505 08

OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PAPER POUCH

how2recycle.info

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Keyana Nash
1514 Weems Ave
Lecompte, La 71346

TO:
US district Court Middle district of Louisiana
777 Florida St Suite 139
Baton Rouge, La ~~[illegible]~~ 70801

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale.